IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE:  "PAYSAGE BORDS DE SENE," 1879 UNSIGNED OIL PAINTING ON LINEN BY PIERRE-AUGUSTE RENOIR ASSOCIATION, INC.<br><br>UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>THE POTOMACK COMPANY<br>ANNE ROGERS GRUENBERG<br>and<br>SYDNEY MICHAEL ROGERS,<br><br>　　Potential Claimants. | 1:13cv347 (LMB/TRJ) |

<u>ORDER</u>

On July 29, 2013 a magistrate judge issued a Report and Recommendation (Report) finding that three potential claimants - The Potomack Company, Anne Rogers Gruenberg, and Sydney Michael Rogers - were in default and recommended that a default judgment be entered against each of them. The parties were provided notice that any objections to the Report had to be filed within 14 days and that failure to file timely objections waived the right to appeal any judgment based on the Report.

Having reviewed the Report and case file, the Court adopts the Report's findings and conclusion as its own, and it is hereby

ORDERED that the plaintiff's proposed Default Judgments be entered as of this date.

The Clerk is directed to forward a copy of this Order to counsel of record and to the potential claimants at the addresses listed in the case file.

Entered this 28th day of September, 2013.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

2