# CIVIL MOTION MINUTES

Date: 01/10/14                                       Judge: Brinkema
                                                     Reporter: A. Thomson
Time: 10:35am-10:51am

Civil Action Number: 1:13cv347

  United States of America     vs.   Fireman's Fund Insurance Company

Appearances of Counsel for      (X) Pltf        (X) Deft

Motion to/for:
 #61 Interested Party Motion for Summary Judgment

Argued &
(X) Granted    ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement (  ) Continued to
Ms. Fuqua's claim is dismissed

 Trial cancelled

( ) Memorandum Opinion to Follow

( ) Order to follow